### ARNOLD, ET AL. V. SAMUELS, ET AL.

Decided Nov. 26th, 1908.)

APPEAL from Coosa Probate Court.

Heard before Hon. J. A. CRAWFORD.

D. H. RIDDLE, for appellant. FELIX L. SMITH, for appellee.

Per curiam. Dismissed on motion of appellant.

---

### BIRMINGHAM RY. L. & P. CO. V. SMITH.

(Decided Nov. 19th, 1908.)

APPEAL from Jefferson Circuit court.

Heard before Hon. A. O. LANE.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. FRANK S. WHITE & SONS, for appellee.

Per Curiam. Appeal dismissed by agreement.

---

### BLAKE V. AMERICAN BOLT CO:

(Decided Nov. 17th, 1908.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

No counsel marked for either party.

Per Curiam. Affirmed on certificate.